[No. 37958-9-II. Division Two. June 30, 2009.]

KENNETH W. BLAKE, *Appellant*, v. THE CITY OF BONNEY LAKE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-04731-5, Waldo F. Stone, J. Pro Tem., entered June 13, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38093-5-II. Division Two. June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DUANE KUNKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04784-2, Serjio Armijo, J., entered July 25, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38094-3-II. Division Two. June 30, 2009.]

JEFFREY PROBST, *Respondent*, VIRAG HEGYI ET AL., *Appellants*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00131-1, Chris Wickham, J., entered June 30, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 26991-4-III. Division Three. June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOLENE M. MATHESON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-8-00172-5, Kenneth L. Jorgensen, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.